UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA EUGENIA ATENCIO MACHADO,<br><br>                                    Petitioner,<br><br>v.<br><br>DIRECTOR OF THE OTAY MESA DETENTION CENTER, et al.,<br><br>                                    Respondents. | Case No.:  25-cv-3277-JES-JLB<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(2) SETTING BRIEFING SCHEDULE; and**<br><br>**(3) STAYING REMOVAL OF PETITIONER TO PRESERVE JURISDICTION**<br><br>**[ECF Nos. 1, 2]** |

Before the Court is Petitioner Maria Eugenia Atencio Machado's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On November 19, 2025, Petitioner filed a completed application to proceed in forma pauperis in which she attests that she has no means to pay the $5.00 filing fee on November 19, 2025. ECF No. 2. The Court addresses both filings below.

The Court **GRANTS** Petitioner's motion to proceed in forma pauperis. The Clerk shall **FILE** the Petition for a Writ of Habeas Corpus without prepayment of the filing fee.

To preserve the Court's jurisdiction pending a ruling in this matter, Petitioner shall not be removed from this District unless and until the Court orders otherwise. *See Doe v. Bondi*, Case. No. 25-cv-805-BJC-JLB, 2025 WL 1870979 at *2 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether it has subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (citing cases); *A.M. v. LaRose et al.*, 25-cv-01412, ECF No. 2 (S.D. Cal. June 4, 2025) ("Pursuant to Petitioner's request for a Temporary restraining order, the Court hereby (1) RESTRAINS and ENJOINS Respondents, their agents, employees, successors, attorneys, and all persons in active concert and participation with them, from removing Petitioner A.M. from the United States or this District pending further order of this Court"); *see also A.A.R.P v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicant and to preserve [] jurisdiction over the matter."); *Nguyen v. Scott*, No. 2:25-CV-01398, 2025 WL 2097979, at *3 (W.D. Wash. July 25, 2025) (enjoining the Respondents from removing Petitioner without approval from the court).

Respondents are **ORDERED TO SHOW CAUSE** as to why the Petition should not be granted by filing a Response no later than 5:00 p.m. on **Monday, December 1, 2025**. The Response shall include any documents relevant to the determination of the issues raised in the Petition and address whether an evidentiary hearing on the Petition is necessary. Respondents **SHALL SERVE** a copy of the Response on the Petitioner. Petitioner may file an optional Traverse in support of the Petition no later than 5:00 p.m. on **Tuesday, December 2, 2025**.

At that point, the matter will be fully briefed. No oral argument will be required, and the Court will take it under submission.

//

//

//

//

1      **IT IS SO ORDERED.**

2      Dated: November 25, 2025

3

4                                                    Honorable James E. Simmons Jr.
                                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

25-cv-3277-JES-JLB